# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER PALMISANO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| ANDREW M. SAUL,<br>Commissioner of Social Security | : | No. 20-cv-00330-RAL |
| Defendant. | : | |

## O R D E R

**AND NOW** this 27th day of April, 2021, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Petitioner's Request for Review (Doc. No. 22) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**